883 A.2d 1059

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
EDWIN LORENZO, DEFENDANT–PETITIONER.

September 29, 2005.

ORDERED that the petition for certification is granted, limited solely to the issue of defendant's sentence, and in respect of that issue the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1059

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LIONEL WATSON, DEFENDANT–PETITIONER.

September 29, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).